## GUARANTY STATE BANK OF RANGER v. MEGEDE.　(No. 1482.)

(Court of Civil Appeals of Texas. El Paso. May 10, 1923.)

Appeal from District Court, Eastland County; Geo. L. Davenport, Judge.

Action between the Guaranty State Bank of Ranger and A. Z. Megede. Judgment for the latter, and the former appeals. Dismissed.

W. S. Adamson, of Ranger, for appellant.
L. R. Pearson, of Ranger, for appellee.

HARPER, C. J. The transcript in this case was filed June 27, 1922. The appellee seasonably filed motion to dismiss the appeal, because no briefs have been filed by the appellant. The cause was duly set for and submitted in this court May 3, 1923. Motion sustained, and appeal dismissed. Revised Civil Statutes, art. 2115, rules 38, 40 (230 S. W. viii), and 102 (142 S. W. xxiv), promulgated by the Supreme Court for the preparation of cases on appeal. Mandry et al. v. Brown Cracker & Candy Co. (Tex. Civ. App.) 248 S. W. 1095; Eastham v. Smither (Tex. Civ. App.) 248 S. W. 1099.

Dismissed.

## FIRST PRESBYTERIAN CHURCH, U. S. A., OF AUSTIN, TEXAS, v. HORNSBY.　(No. 6969.)

(Court of Civil Appeals of Texas. San Antonio. May 23, 1923.)

Appeal from District Court, Travis County; George Calhoun, Judge.

Action by John W. Hornsby against the First Presbyterian Church, U. S. A., of Austin, Texas. From a judgment for plaintiff, defendant appeals. Affirmed.

Brooks, Hart & Woodward, of Austin, for appellant.
White, Wilcox & Graves, of Austin, for appellee.

COBBS, J. John W. Hornsby, appellee, the assignee of the claims of the Reverend N. P. Patterson against the First Presbyterian Church, U. S. A., of Austin, sued the church to recover the balance alleged to be due on the assigned claim.

The case was tried before the court without a jury. The trial court filed findings of fact and conclusions of law. A statement of facts was also filed. A judgment was rendered for appellee in the sum of $933.04. Appellant files a brief, but none has been filed for appellee.

This case grows out of a controversy between the minister of the church and his congregation as to the balance due him (the Reverend N. P. Patterson), under a contract for services performed as the minister of the First Presbyterian Church, U. S. A., of Austin, Tex. It is truly a fact case, with testimony pro and con. The trial court, upon sufficient facts, based upon the evidence introduced, found the issue in favor of appellee, and we see no reason to disturb the findings and judgment of the court. A lengthy discussion thereof would not lead to a contrary finding. We believe the case has been fairly tried and justice administered.

Finding no reversible error assigned, the judgment is affirmed.

## ROBERTSON CO. v. BEALL.　(No. 1471.)

(Court of Civil Appeals of Texas. El Paso. April 19, 1923. Rehearing Denied May 17, 1923.)

Appeal from Nolan County Court; A. S. Mauzey, Judge.

Action between the Robertson Company and J. H. Beall. Judgment for the latter, and the former appeals. Affirmed.

Wagstaff, Harwell & Wagstaff, of Abilene, for appellant.
C. E. Mays, Jr., of Sweetwater, for appellee.

HIGGINS, J. The first three items of expense mentioned in the third paragraph of the court's conclusions of law were not occasioned by unavoidable casualties within the meaning of the lease contract. Tays v. Ecker, 6 Tex. Civ. App. 188, 24 S. W. 954; Welles v. Castles, 3 Gray, (Mass.) 323. The tenant was therefore liable therefor.

As to the remaining item mentioned in said paragraph, the evidence supports the finding that it was not due to ordinary wear and tear.

Affirmed.